GIBSON, DUNN & CRUTCHER LLP
DEBORAH L. STEIN (SBN 224570)
  DStein@gibsondunn.com
DANIEL R. ADLER (SBN 306924)
  DAdler@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071
Telephone:   213.229.7000
Facsimile:   213.229.7520

*Attorneys for Defendants*
*Berkshire Hathaway Inc. et al.*

Richard Lyon (SBN 229288)
  rick@dovel.com
Jonas B. Jacobson (SBN 269912)
  jonas@dovel.com
Simon Franzini (SBN 287631)
  simon@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone:   310.656.7066
Facsimile:   310.656.7069

David A. Neiman
  dneiman@rblaw.net
ROMANUCCI & BLANDIN, LLC
321 North Clark Street, Suite 900
Chicago, IL 60654
Telephone:   312.458.1000
Facsimile:   312.458.1004

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECHO & RIG SACRAMENTO, LLC, individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br><br>     v.<br><br>BERKSHIRE HATHAWAY INC., WESTGUARD INSURANCE COMPANY, AMGUARD INSURANCE COMPANY, AZGUARD INSURANCE COMPANY, EASTGUARD INSURANCE COMPANY, NORGUARD INSURANCE COMPANY, AND NATIONAL INDEMNITY COMPANY,<br><br>           Defendants. | CASE NO. 2:23-CV-00197-TLN-JDP<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT AND FOR BRIEFING SCHEDULE**<br><br>Judge:        Hon. Troy L. Nunley<br><br>Trial Date:   None set<br><br>Action Filed:   January 31, 2023 |

Gibson, Dunn & Crutcher LLP

1    WHEREAS, on January 31, 2023, plaintiff Echo & Rig Sacramento LLC ("Echo & Rig")
2 filed a complaint in this Court against seven defendants;
3    WHEREAS, Echo & Rig began serving defendants on a rolling basis during the month of
4 February, with the most recent service being received on or about February 14, 2023;
5    WHEREAS, Echo & Rig represents that it served AZGUARD Insurance Company and
6 National Indemnity Company on February 6; Berkshire Hathaway Inc., on February 8; and
7 AmGUARD Insurance Company, EastGUARD Insurance Company, and NorGUARD Insurance
8 Company on February 14.
9    WHEREAS, Echo & Rig has not yet served WestGUARD Insurance Company but
10 WestGUARD agreed to accept service on a non-waiver-of-defenses basis as of February 23, 2023;
11    WHEREAS, the defendants each intend to respond to the complaint with a motion to dismiss
12 and each preserve all of their defenses to the complaint, including but not limited to jurisdictional
13 defenses;
14    WHEREAS, it would save party and judicial resources for the defendants to file, and the
15 Court to hear, those motions on the same day, regardless of the particular date on which each
16 defendant accepted service;
17    WHEREAS, the additional time will also enable defendants to coordinate to minimize the
18 number of motions to dismiss filed;
19    WHEREAS, the parties therefore wish to stipulate to an extension of time to respond to the
20 complaint, and to a briefing schedule for the defendants' motions to dismiss; and
21    WHEREAS, no party has previously sought any extension of time in this action,
22    NOW, THEREFORE, under Local Rules 143 and 144, the parties stipulate to the following
23 briefing schedule on the defendants' forthcoming motion(s) to dismiss, subject to approval of the
24 Court:
25 • March 30, 2023: Deadline for the defendants to file their motion(s) to dismiss (or to
26   answer the complaint, should they choose to do that)
27 • April 20, 2023: Deadline for Echo & Rig to file its opposition to any motion to dismiss
28   filed by the defendants.

- May 4, 2023: Deadline for the defendants to file any reply brief(s) in support of any motion to dismiss
- Hearing on any motion to dismiss filed by the defendants on May 18 at 2:00 p.m., or the next available hearing date convenient for the Court

**IT IS SO ORDERED.**

Dated: February 23, 2023

Troy L. Nunley
United States District Judge

| | |
|---|---|
| Dated: February 23, 2023 | GIBSON, DUNN & CRUTCHER LLP |
| | By:  /s/ *Deborah L. Stein* <br> Deborah L. Stein |
| | *Attorneys for Defendants Berkshire Hathaway Inc. et al.* |
| Dated: February 23, 2023 | By:  /s/ *Richard Lyon* <br> Richard Lyon |
| | *Attorneys for Plaintiff Echo & Rig Sacramento, LLC* |