Richard Lyon (Cal. Bar No. 229288)
rick@dovel.com
Jonas B. Jacobson (Cal. Bar No. 269912)
jonas@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

David A. Neiman
dneiman@rblaw.net
ROMANUCCI & BLANDIN, LLC
321 North Clark Street, Suite 900
Chicago, IL 60654
Telephone: (312) 458-1000
Facsimile: (312) 458-1004

*Attorneys for Plaintiff and the Proposed Class*

GIBSON, DUNN & CRUTCHER LLP
DEBORAH L. STEIN (SBN 224570)
　DStein@gibsondunn.com
DANIEL R. ADLER (SBN 306924)
　DAdler@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071
Telephone:　213.229.7000
Facsimile:　213.229.7520

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Echo & Rig Sacramento, LLC, individually and on behalf of all others similarly situated,<br><br>　　　*Plaintiff*,<br><br>v.<br><br>AmGUARD Insurance Company,<br><br>　　　*Defendant*. | Case No.  2:23-cv-00197-DJC-JDP<br><br>**Stipulation and Order for Extension of Time re Motion to Dismiss Briefing Schedule** |

WHEREAS, on April 20, 2023, Plaintiff Echo & Rig Sacramento, LLC filed its First Amended Complaint (Dkt. No. 21);

WHEREAS, on May 4, 2023, Defendant AmGuard Insurance Company filed a Motion to Dismiss the First Amended Complaint (Dkt. No. 23);

1  WHEREAS, in accordance with Local Rule 230(c) and 230(d), Plaintiff's opposition to
2  Defendant's Motion to Dismiss is currently due on May 18, 2023, and Defendant's reply is currently due
3  on May 30, 2023;
4  WHEREAS, no party has previously sought any extension of time for the opposition and reply
5  briefs;
6  NOW, THEREFORE, under Local Rules 143 and 144, to allow the Parties adequate time to
7  thoroughly address the issues raised in Defendant's Motion to Dismiss, the parties stipulate to a one-
8  week extension for the opposition brief and a one-week extension for the reply brief, subject to the
9  Court's approval, as follows:

- Plaintiff's deadline to file its opposition to Defendant AmGuard's Motion to Dismiss is extended to May 25, 2023.
- Defendant's deadline to file its respective reply is extended to June 12, 2023.

Dated: May 10, 2023                          Respectfully submitted,

                                             DOVEL & LUNER LLP

                                             By: /s/ Richard Lyon
                                                     Richard Lyon

                                             *Attorneys for Plaintiff Echo & Rig Sacramento, LLC*

Dated: May 10, 2023                          Respectfully submitted,

                                             GIBSON, DUNN & CRUTCHER LLP

                                             By: /s/ Deborah L. Stein (as authorized on May 10, 2023)
                                                     Deborah L. Stein

                                             *Attorneys for Defendant AmGuard Insurance Company*

**ORDER**

The Court having considered the foregoing Stipulation, and good cause appearing, HEREBY ORDERS that:

- Plaintiff's deadline to file its opposition to Defendant AmGuard's Motion to Dismiss is extended to May 25, 2023.
- Defendant's deadline to file its respective reply is extended to June 12, 2023.
- The hearing on Defendant AmGuard's Motion to Dismiss, set for July 20, 2023, is VACATED and RESET for August 17, 2023, at 1:30 PM.

**IT IS SO ORDERED.**

Dated:  May 10, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE