GIBSON, DUNN & CRUTCHER LLP
DEBORAH L. STEIN (SBN 224570)
  DStein@gibsondunn.com
DANIEL R. ADLER (SBN 306924)
  DAdler@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071
Telephone:   213.229.7000
Facsimile:   213.229.7520

*Attorneys for AmGUARD Ins. Co.*

Richard Lyon (SBN 229288)
  rick@dovel.com
Jonas B. Jacobson (SBN 269912)
  jonas@dovel.com
Simon Franzini (SBN 287631)
  simon@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone:   310.656.7066
Facsimile:   310.656.7069

David A. Neiman
  dneiman@rblaw.net
ROMANUCCI & BLANDIN, LLC
321 North Clark Street, Suite 900
Chicago, IL 60654
Telephone:   312.458.1000
Facsimile:   312.458.1004

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECHO & RIG SACRAMENTO, LLC, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMGUARD INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 2:23-CV-00197-DJC-JDP<br><br>**STIPULATION AND ORDER TO RESCHEDULE HEARING ON MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Judge:        Hon. Daniel J. Calabretta<br><br>Trial Date:   None set<br><br>Action Filed:   January 31, 2023 |

WHEREAS, on May 4, 2023, Defendant AmGUARD Insurance Company filed a motion to dismiss the First Amended Complaint and set a hearing date of July 20, 2023, at 1:30 p.m. (Dkt. 23);

1    WHEREAS, the Court subsequently rescheduled the motion hearing to August 17,

2    2023, at 1:30 p.m. (Dkt. 26);

3    WHEREAS, counsel for AmGUARD has a scheduling conflict with the hearing date

4    set by the Court, and has conferred with Plaintiff's counsel to coordinate availability on an

5    alternative date;

6    WHEREAS, the parties are available to attend a hearing on August 31, 2023, and

7    understand from the Court Clerk that the Court is available to hold civil law and motion

8    hearings on that date;

9    NOW, THEREFORE, under Local Rules 143 and 144, the parties stipulate to

10   reschedule the hearing on AmGUARD's motion to dismiss the First Amended Complaint to

11   August 31, 2023, at 1:30 p.m.

12

13   Dated:  May 15, 2023                    GIBSON, DUNN & CRUTCHER LLP

14

15                                           By: */s/ Deborah L. Stein*
                                                 Deborah L. Stein

16

17                                           *Attorneys for Defendant*
                                             *AmGUARD Insurance Company*

18

19

20   Dated:  May 15, 2023                    By: */s/ Richard Lyon*
                                                 Richard Lyon

21

22                                           *Attorneys for Plaintiff Echo & Rig*
                                             *Sacramento, LLC*

23

24                                      **ORDER**

25

26   Dated:  May 16, 2023                    /s/ Daniel J. Calabretta

27                                           THE HONORABLE DANIEL J. CALABRETTA
                                             UNITED STATES DISTRICT JUDGE

28