Richard Lyon (Cal. Bar No. 229288)
rick@dovel.com
Jonas B. Jacobson (Cal. Bar No. 269912)
jonas@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

David A. Neiman
dneiman@rblaw.net
ROMANUCCI & BLANDIN, LLC
321 North Clark Street, Suite 900
Chicago, IL 60654
Telephone: (312) 458-1000
Facsimile: (312) 458-1004

*Attorneys for Plaintiff and the Proposed Class*

GIBSON, DUNN & CRUTCHER LLP
DEBORAH L. STEIN (SBN 224570)
　DStein@gibsondunn.com
DANIEL R. ADLER (SBN 306924)
　DAdler@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071
Telephone:　213.229.7000
Facsimile:　213.229.7520

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Echo & Rig Sacramento, LLC, individually and on behalf of all others similarly situated,<br><br>　　　*Plaintiff*,<br><br>v.<br><br>AmGUARD Insurance Company,<br><br>　　　*Defendant*. | Case No. 2:23-cv-00197-DJC-JDP<br><br>**Stipulation and Order for Continuance of August 31, 2023, Hearing** |

1    WHEREAS, on May 4, 2023, Defendant AmGuard Insurance Company filed a Motion to
2 Dismiss the First Amended Complaint (Dkt. No. 23);
3    WHEREAS, the briefing on Defendant's motion is complete and a hearing on the motion is
4 currently scheduled for this Thursday, August 31, 2023;
5    WHEREAS, Rick Lyon, lead counsel for Plaintiff who will be arguing on behalf of Plaintiff, has
6 come down with Covid-19 and is unable to attend a hearing on this Thursday, August 31, 2023;
7    WHEREAS, Elizabeth Argento, Relief Courtroom Deputy, provided counsel with the Court's
8 next available hearing dates;
9    WHEREAS, counsel for Plaintiff and Defendant have conferred and both parties are available
10 on September 28, 2023, at 1:30 PM;
11   NOW, THEREFORE, the parties stipulate to a continuance of the hearing, subject to the
12 Court's approval, to September 28, 2023 at 1:30 PM.

Dated: August 29, 2023                                     Respectfully submitted,

                                                           DOVEL & LUNER LLP
                                                           By: /s/ Richard Lyon
                                                                Richard Lyon
                                                           *Attorneys for Plaintiff Echo & Rig*
                                                           *Sacramento, LLC*


Dated: August 29, 2023                                     Respectfully submitted,

                                                           GIBSON, DUNN & CRUTCHER LLP

                                                           By: /s/ Deborah L. Stein
                                                                Deborah L. Stein
                                                           *Attorneys for Defendant AmGuard Insurance Company*

**ORDER**

Dated:  August 29, 2023                    /s/ Daniel J. Calabretta
                                           THE HONORABLE DANIEL J. CALABRETTA
                                           UNITED STATES DISTRICT JUDGE

## ATTESTATION

I, Richard Lyon, am the ECF User whose identification and password are being used to file this Joint Statement Identifying Case Type. I attest that Defendant's counsel gave me permission to file this document on Defendants' behalf.

Dated: August 29, 2023                                                                 By: */s/ Richard Lyon*