GIBSON, DUNN & CRUTCHER LLP
DEBORAH L. STEIN (SBN 224570)
   DStein@gibsondunn.com
DANIEL R. ADLER (SBN 306924)
   DAdler@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071
Telephone:  213.229.7000
Facsimile:   213.229.7520

SEAN F. HOWELL (SBN 315967)
   SHowell@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105
Telephone:  415.393.8200
Facsimile:   415.393.8306

*Attorneys for Defendant*
*AmGUARD Ins. Co.*

Richard Lyon (SBN 229288)
   rick@dovel.com
Jonas B. Jacobson (SBN 269912)
   jonas@dovel.com
Simon Franzini (SBN 287631)
   simon@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone:  310.656.7066
Facsimile:   310.656.7069

David A. Neiman
   dneiman@rblaw.net
ROMANUCCI & BLANDIN, LLC
321 North Clark Street, Suite 900
Chicago, IL 60654
Telephone:  312.458.1000
Facsimile:   312.458.1004

*Attorneys for Plaintiff*
*Echo & Rig Sacramento LLC*

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECHO & RIG SACRAMENTO, LLC, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>AMGUARD INSURANCE COMPANY,<br><br>        Defendant. | CASE NO. 2:23-CV-00197-DJC-JDP<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT AMGUARD INSURANCE COMPANY TO ANSWER THE FIRST AMENDED COMPLAINT**<br><br>Judge:    Hon. Daniel J. Calabretta<br><br>Trial Date:  None set<br><br>Action Filed:  January 31, 2023 |

Gibson, Dunn & Crutcher LLP

STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT
AMGUARD INSURANCE COMPANY TO ANSWER THE FIRST AMENDED COMPLAINT
CASE NO. 2:23-CV-00197-DJC-JDP

WHEREAS, on April 20, 2023, plaintiff Echo & Rig Sacramento LLC ("Echo & Rig") filed its first amended complaint in this Court;

WHEREAS, AmGUARD Insurance Co. ("AmGUARD") moved to dismiss the first amended complaint on May 4, 2023;

WHEREAS, the Court granted the motion in part and denied it in part on October 18, 2023;

WHEREAS, AmGUARD's responsive pleading is currently due on November 1, 2023, pursuant to Federal Rule of Civil Procedure 12(a)(4)(A);

WHEREAS, AmGUARD seeks a modest extension of that deadline for the purpose of further investigating certain factual matters alleged in the first amended complaint;

WHEREAS, Echo & Rig has agreed to AMGUARD's extension request;

WHEREAS, the parties therefore wish to stipulate to an extension of time to respond to the first amended complaint;

WHEREAS, the Court previously granted the parties' request for a 23-day extension of time for AmGUARD and other defendants to move to dismiss the original complaint (Dkt. 6); and

WHEREAS, the Court also previously granted the parties' requests for one-week extensions to file briefs in opposition and reply to AmGUARD's motion to dismiss the first amended complaint (Dkt. 26), and continued the motion to dismiss hearing by 28 days in light of Plaintiff's counsel's illness (Dkt. 32);

NOW, THEREFORE, under Local Rules 143 and 144, the parties stipulate that the deadline for AmGUARD to answer the complaint is extended by 30 days to December 1, 2023, subject to the Court's approval.

///

///

///

///

Gibson, Dunn & Crutcher LLP

2

STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT
AMGUARD INSURANCE COMPANY TO ANSWER THE FIRST AMENDED COMPLAINT
CASE NO. 2:23-CV-00197-DJC-JDP

| | |
|---|---|
| Dated: October 27, 2023 | GIBSON, DUNN & CRUTCHER LLP |
| | By:  /s/ *Deborah L. Stein* |
| | Deborah L. Stein |
| | *Attorneys for Defendant AmGUARD Ins. Co.* |
| Dated:  October 27, 2023 | By:  /s/  *Richard Lyon* |
| | Richard Lyon |
| | *Attorneys for Plaintiff Echo & Rig Sacramento, LLC* |

**IT IS SO ORDERED.**

Dated:  October 30, 2023       /s/ Daniel J. Calabretta
_____
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

Gibson, Dunn & Crutcher LLP

3

STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT AMGUARD INSURANCE COMPANY TO ANSWER THE FIRST AMENDED COMPLAINT
CASE NO. 2:23-CV-00197-DJC-JDP