alGIBSON, DUNN & CRUTCHER LLP
DEBORAH L. STEIN (SBN 224570)
  DStein@gibsondunn.com
DANIEL R. ADLER (SBN 306924)
  DAdler@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071
Telephone:   213.229.7000
Facsimile:   213.229.7520

SEAN F. HOWELL (SBN 315967)
  SHowell@gibsondunn.com
One Embarcadero Center Suite 2600
San Francisco, California 94111
Telephone:   415.393.8200
Facsimile:   415.393.8306

*Attorneys for Defendant*
*AmGUARD Ins. Co.*

Richard Lyon (SBN 229288)
  rick@dovel.com
Jonas B. Jacobson (SBN 269912)
  jonas@dovel.com
Simon Franzini (SBN 287631)
  simon@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone:   310.656.7066
Facsimile:   310.656.7069

David A. Neiman
  dneiman@rblaw.net
ROMANUCCI & BLANDIN, LLC
321 North Clark Street, Suite 900
Chicago, IL 60654
Telephone:   312.458.1000
Facsimile:   312.458.1004

*Attorneys for Plaintiff*
*Echo & Rig Sacramento LLC*

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECHO & RIG SACRAMENTO, LLC, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMGUARD INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 2:23-CV-00197-DJC-JDP<br><br>**JOINT OBJECTION TO THE SCHEDULING ORDER (DKT. 50), STIPULATION, AND ORDER FOR EXTENSION OF DEADLINES ASSOCIATED WITH PLAINTIFF'S CLASS CERTIFICATION MOTION**<br><br>Judge: Hon. Daniel J. Calabretta<br>Action Filed: January 31, 2024 |

Gibson, Dunn & Crutcher LLP

JOINT OBJECTION TO THE SCHEDULING ORDER (DKT. 50), STIPULATION, AND ORDER FOR EXTENSION OF DEADLINES ASSOCIATED WITH PLAINTIFF'S CLASS CERTIFICATION MOTION
CASE NO. 2:23-CV-00197-DJC-JDP

Pursuant to Federal Rule of Civil Procedure 16(b), Local Rule 144, this Court's Standing Order in Civil Cases, and the Court's May 15, 2024, Scheduling Order (Dkt. 50), Plaintiff Echo & Rig Sacramento, LLC and Defendant AmGUARD Insurance Co., by and through their respective counsel, submit the following joint objection, stipulation, and proposed order.  The parties seek to (a) extend AmGUARD's deadline to file its opposition to Echo & Rig's Motion for Class Certification from March 7, 2025 to April 25, 2025; (b) extend Echo & Rig's deadline to file its reply in support of its motion for class Certification from March 17, 2025 to May 30, 2025; and (c) continue the hearing on Echo & Rig's motion from April 17, 2025 to June 12, 2025.

    1.    <u>Existing & Proposed New Deadlines</u>.

| **Event** | **Existing Deadline** | **Proposed Deadline** |
| --- | --- | --- |
| Close of Fact Discovery | January 17, 2025 | January 17, 2025 |
| Plaintiff's Motion for Class Certification | February 21, 2025 | February 21, 2025 |
| Defendant's Opposition | March 7, 2025 | April 25, 2025 |
| Plaintiff's Reply | March 17, 2025 | May 30, 2025 |
| Hearing on Motion for Class Certification | April 17, 2025, at 1:30 PM | June 12, 2025 |
| Last Day to Hear Motions | Not Set | Not Set |
| Pre-Trial Conference | Not Set | Not Set |
| Trial | Not Set | Not Set |

    2.    <u>Good Cause Statement</u>.  There is good cause for the requested relief because the deadlines set forth in the Court's current Scheduling Order (Dkt. 50) do not allow sufficient time for expert discovery relating to class certification given that the parties' proposed schedule contemplated that taking place *during* class certification briefing—rather than before—for reasons of efficiency.  Specifically, the parties envisioned:

    a.  Fact discovery would close on January 17, 2025, which is consistent with the Scheduling Order entered.

b.   Echo & Rig would then have approximately one month to prepare and file its motion for class certification, including any expert declarations in support.  The parties have no objection to the February 21, 2025 deadline for Echo & Rig's class certification motion.

c.   AmGUARD would then need time to engage one or more experts to analyze Echo & Rig's motion and expert declarations and prepare their opinions in response. AmGUARD would also need sufficient time to depose Echo & Rig's experts so that those depositions can inform AmGUARD's expert opinions and AmGUARD's opposition brief. Because Echo & Rig anticipates one or more expert declarations relating to damages, a rebuttal expert will need a reasonable amount of time to analyze any data or modeling provided.

d.   Thus, the parties estimated this process would take approximately two months, including the time for AmGUARD to prepare its brief.  However, the current Scheduling Order provides only 14 days for AmGUARD to take expert depositions, engage experts to prepare rebuttal reports, and prepare its opposition brief—which, respectfully, is not enough time, especially given the need to coordinate schedules for depositions.  **The parties thus respectfully request an April 25, 2025 deadline for AmGUARD to file its class certification opposition and supporting expert reports.**

e.   The parties' joint Rule 26(f) report also contemplated providing Echo & Rig sufficient time to depose AmGUARD's expert witness(es), and thus requested 30 days for Echo & Rig to reply to AmGUARD's class certification opposition.  **The parties thus respectfully request a May 30, 2025 deadline for Echo & Rig to file its class certification reply.**

f.   The parties understand that the Court is available to hear Echo & Rig's class certification motion on June 12, 2025, and thus request that the Court hear the motion on that date.

g.   The parties believe incorporating class certification expert discovery into the briefing schedule—rather than having a separate "phase" before Echo & Rig's class

certification motion is due—would be the most efficient way to brief the class certification motion, and would allow the Court to hear the class certification motion earlier than if the parties engaged in expert discovery between the close of fact discovery and the filing of Echo & Rig's motion.  The briefing deadlines prescribed by the Local Rules do not provide sufficient time for the parties to conduct expert depositions and prepare class certification expert declarations.

      3.   <u>Previous Extensions</u>.

- On May 11, 2023, the Court granted the parties' stipulated request to extend briefing deadlines on AmGUARD's motion to dismiss—providing Echo & Rig with an additional seven days to file its opposition and allowing AmGUARD an additional 13 days to file its reply.  Dkt. 26.

- On August 30, 2023, the Court granted the parties' stipulated request to continue the hearing on AmGUARD's motion to dismiss from August 31, 2023, to September 28, 2023.  Dkt. 32.

- On October 31, 2023, the Court granted the parties' stipulated request to extend AmGUARD's deadline to answer the complaint from November 1, 2023, to December 1, 2023.  Dkt. 41.

There are no case deadlines calendared beyond the class certification hearing, so the parties' request for an extension of the briefing deadlines and hearing date on Echo & Rig's motion for class certification will not affect any other scheduled deadlines.

IT IS STIPULATED AND AGREED, subject to the Court's approval, that:

1.      The deadline for AmGUARD to respond to Echo & Rig's motion for class certification shall be extended to April 25, 2025.

2.      The deadline for Echo & Rig to file its reply in support of its motion for class certification shall be extended to May 30, 2025.

3.      The hearing on Echo & Rig's motion for class certification is rescheduled to June 12, 2025, at 1:30 PM.

Gibson, Dunn & Crutcher LLP

1        4.      The parties agree that this joint objection and stipulation does not waive any

2  right to request further modifications of the case management order or extensions of

3  deadlines.

4        **IT IS SO STIPULATED.**

5

6  Dated: May 24, 2024                    GIBSON, DUNN & CRUTCHER LLP

7

8                                   By:  */s/ Deborah L. Stein*

9                                     Deborah L. Stein

10                               *Attorneys for Defendant AmGUARD Ins. Co.*

11

12  Dated:  May 24, 2024                By:  */s/  Richard Lyon*

13                                    Richard Lyon

14                               *Attorneys for Plaintiff Echo & Rig*

15                             *Sacramento, LLC*

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT OBJECTION TO THE SCHEDULING ORDER (DKT. 50), STIPULATION, AND ORDER FOR
EXTENSION OF DEADLINES ASSOCIATED WITH PLAINTIFF'S CLASS CERTIFICATION MOTION
CASE NO. 2:23-CV-00197-DJC-JDP

1    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3    Dated:  May 28, 2024                              /s/ Daniel J. Calabretta

                                                      THE HONORABLE DANIEL J. CALABRETTA
4                                                     UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

JOINT OBJECTION TO THE SCHEDULING ORDER (DKT. 50), STIPULATION, AND ORDER FOR
EXTENSION OF DEADLINES ASSOCIATED WITH PLAINTIFF'S CLASS CERTIFICATION MOTION
CASE NO. 2:23-CV-00197-DJC-JDP